In re W. C. CARTER.

No. A-1812.

Petition of W. C. Carter for writ of habeas corpus. Leave granted to withdraw pettion.

STATE ex rel. HARMON v. SCOTT, County Judge.

No. A-1843.

State ex rel. C. N. Harmon, county attorney of Garfield county v. Winfield Scott, county judge of Garfield county. Pettion for writ of mandamus. Writ allowed.

In re. CHESTER PARKEY.

No. A-1846.

Petition of Chester Parkey for writ of habeas corpus. Writ denied.

B. W. Buckner, for petitioner.

Chas. West, Atty. Gen., for the State.

PER CURIAM. The petition filed on behalf of said Chester Parkey alleges in substance that he is unlawfully restrained of his liberty in the Oklahoma Reformatory at Granite. It appearing that said petitoner is held in custody under and by virtue of a commitment issued by the superior court of Garfield county, issued in pursuance of the judgment and sentence of said court, rendered upon a plea of guilty to an information charging burglary, the writ of habeas corpus will be denied.